```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08778
   LINDA J ZOLLER
   PAUL ZOLLER                                  CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-6804      SSN XXX-XX-0993


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/14/07 .

   2.  The case was dismissed without confirmation, 10/19/2007.

   3.  The Debtor paid a total of $    2110.27 .

   4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00            .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    NOT FILED            .00            .00
HOUSEHOLD FINANCE CORP    SECURED          NOT FILED            .00            .00
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED            .00            .00
AMERICAN GENERAL FINANCE  UNSECURED        NOT FILED            .00            .00
AMSHER COLLECTIONS SVCS   UNSECURED        NOT FILED            .00            .00
ASSET ACCEPTANCE CORP     UNSECURED        NOT FILED            .00            .00
CREDIT MANAGEMENT INC     UNSECURED        NOT FILED            .00            .00
FFCC COLUMBUS INC         UNSECURED        NOT FILED            .00            .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED            .00            .00
ILL DEPT OF EMPLOYMENT S  UNSECURED        NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS IN  UNSECURED        NOT FILED            .00            .00
NICOR GAS                 UNSECURED        NOT FILED            .00            .00
PORTFOLIO ACQUISITIONS    UNSECURED        NOT FILED            .00            .00
RMI/MCSI                  UNSECURED        NOT FILED            .00            .00
RMI/MCSI                  UNSECURED        NOT FILED            .00            .00
WASHINGTON MUTUAL         UNSECURED        NOT FILED            .00            .00
         Summary of disbursements:
--------------------------------------------------------------------------------
                      SECURED     PRIORITY   UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00         .00         .00         .00           .00
PRINCIPAL PAID            .00         .00         .00         .00           .00
INTEREST PAID             .00         .00         .00         .00           .00
TOTAL PAID                .00         .00         .00         .00           .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC         , was allowed $   3500.00
and was paid $   1416.00  direct and $   1684.64  through the plan.

The Trustee received $      79.38 .

Refunds to the Debtor totaled $      346.25 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/14/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE